In re Carter, Charles; Cupit, John E.; Delaughter, Ronald B.; Divittorio, Roy; Eusey, Ward J.; Goudeau, Hennessy Jr.; Hebert, Daniel L.; Jacobs, Sam Sr.; Lambert, Harris P.; Larsen, Thomas W. Jr.; Lee, Clinton R.; Netterville, Richard; O’Brien, Julius C.; Ortego, Joseph N.; Pittman, Melvin L.; Raborn, Willie B.; Sanders, Odis M.; Sirchia, Paul D.; Wiedeman, Paul A.; Wilson, Billie L.; Wilson, Sanders A.; — Plaintiff(s); applying for supervisory and/or remedial writ; Parish of East Baton Rouge, 19th Judicial District Court, Div. “E”, No. 355,632; to the Court of Appeal, First Circuit, No. CW91 1261.
Granted. Case remanded to Court of Appeal for briefing, argument and opinion.